76 P.3d 577

# SUPREME COURT OF HAWAI'I

## September 2, 2003

| 23396 | Macomber v. Hawaiian Homes Com'n | Affirmed |

## September 3, 2003

| 22880 | State v. Hall | Affirmed |

## September 11, 2003

| 22621 | Queen Victoria Corp. v. Young | Affirmed |

## September 16, 2003

| 24771 | GMP Associates, Inc. v. Board of Water Supply, City and County of Honolulu | Affirmed |
| 25170 | State v. Dolor | Affirmed |

## September 18, 2003

| 23703 | State v. Watson | Affirmed |

## September 19, 2003

| 25113 | State v. Arakawa | Affirmed |

## September 22, 2003

| 21613 | Winston v. Lee | Affirmed |